**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:18-cv-02805-WJM-NRN

JOSHUA DEAN, on behalf of himself and all
Similarly situated persons,

      Plaintiff,

v.

TRK ENTERPRISES, INC.,  a Wyoming corporation,
,

      Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

      Plaintiff Joshua Dean and Defendant TRK Enterprises, Inc. (collectively, the "Parties"), by and through their undersigned counsel, HEREBY STIPULATE to the dismissal of the above-captioned action WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear his or its own fees and costs.

      Respectfully submitted this 28th day of March, 2019.

| *s/ Brian D. Gonzales* | *s/ Ryan P. Lessmann* |
|---|---|
| Brian D. Gonzales | Ryan P. Lessmann |
| The Law Offices of Brian D. Gonzales, PLLC | Jonathan H. Geneus |
| 2580 East Harmony Road, Suite 201 | JACKSON LEWIS P.C. |
| Fort Collins, CO 80528 | 950 17th Street, Suite 2600 |
| Telephone: (970) 214-0562 | Denver, Colorado 80202 |
| BGonzales@ColoradoWageLaw.com | Telephone: (303) 892-0404 |
|  | Facsimile: (303) 892-5575 |
| *ATTORNEYS FOR PLAINTIFF* | ryan.lessmann@jacksonlewis.com |
|  | Jonathan.geneus@jacksonlewis.com |
|  |  |
|  | *ATTORNEYS FOR DEFENDANT* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of March, 2019, a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was served via CM/ECF on the following:

Brian D. Gonzales
The Law Office of Brian D. Gonzales, PLLC
2580 East Harmony Road, Ste. 201
Fort Collins, CO 80528
bgonzales@coloradowagelaw.com

*ATTORNEY FOR PLAINTIFF*

*s/ Faith Poindexter*
For Jackson Lewis P.C.

2